LIEBSCHWAGER, Respondent, v. TEESDALE et al.,
Appellants.

(167 N. W. 391.)

(File No. 4364. Opinion filed May 1, 1918.)

Appeals—Error—Abandonment of Appeal—Thirty Day Default Since Appeal and Record Settled—No Extension, Effect— Affirmance.

Where more than thirty days has elapsed since appeal taken and record settled, no brief having been filed by appellant, and no extension of time for serving and filing brief having been ordered or stipulated for, the appeal is deemed abandoned, and order appealed from affirmed.

Appeal from Circuit Court, Davison County. Hon. FRANK B. SMITH, Judge.

Action by William Liebschwager, against George Teesdale and another. From an order in plaintiff's favor, defendants appeal. Affirmed.

*Seth Teesdale,* for Appellants.

*W. W. Reams* and *H. G. Giddings,* for Respondent.

PER CURIAM. It appearing from the files herein that the appeal in the above-entitled action was perfected on the 11th day of March, 1918, and that the settled record upon such appeal was settled by the trial court on the said 11th day of March, 1918; and it further appearing that the appellants are in default herein, in that they have not filed their brief upon said appeal, and this regardless of the fact that more than 30 days have elapsed since the perfecting of said appeal and the settlement of said record; and no extension of the time for serving and filing said brief having been ordered or stipulated herein— the said appeal is by the court deemed abandoned, and the order appealed from is affirmed.